# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **MING FON CHAN** | ) Case No. 13 CRIM 52 (LTS) |
| _Defendant_ | ) |

**APPEARANCE BOND**  CM 13-00260

### Defendant's Agreement

I, _____ **MING FON CHAN** _____ _(defendant)_, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1) This is a personal recognizance bond.

(   ) (2) This is an unsecured bond of $ _____.

( X ) (3) This is a secured bond of $ **$3,000,000.00**, secured by:

  ( X ) (a) $ **$1,500,000.00**, in cash deposited with the court.

  ( X ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property _(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)_:
  **PROPERTY LOCATED IN CALIFORNIA OWNED BY THE DEFENDANTS SISTER WORTH APPROXIMATELY $200,000.00 IN EQUITY**
  If this bond is secured by real property, documents to protect the secured interest may be filed of record.

  (   ) (c) a bail bond with a solvent surety _(attach a copy of the bail bond, or describe it and identify the surety)_:
  _____
  _____
  _____

### Forfeiture or Release of the Bond

_Forfeiture of the Bond._ This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

_Release of the Bond._ The court may order this appearance bond ended at any time. This bond will be satisfied and the [secur]ity will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to [serve] a sentence.

AO 98 (Rev. 12/11) Appearance Bond

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: September 18, 2013

_____
Surety/property owner – KOU CHANG

_____
Defendant MING FON CHAN signature:

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

No interpreter requested

Date: September 18, 2013

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk
Central District – L.a.

Approved.

Date: 9/18/13

_____
AUSA JANIS ECHENBERG

AO 199A (Rev. 12/11)  Order Setting Conditions of Release                                     Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No.   13 CR 52 (LTS) |
| MING FON CHAN | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

   The defendant must appear at: _____
                                                                     *Place*

   on _____
                          *Date and Time*

   If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B   (Rev. 12/11) Additional Conditions of Release                                                                                        Page ____ of ____ Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
                 Custodian                                    Date

( X ) (7) The defendant must:
   ( X ) (a) submit to supervision by and report for supervision to the   REGULAR PRE-TRIAL SUPERVISION   ,
             telephone number _____, no later than _____.
   (  ) (b) continue or actively seek employment.
   (  ) (c) continue or start an education program.
   ( X ) (d) surrender any passport to:   PRE-TRIAL SERVICES
   ( X ) (e) not obtain a passport or other international travel document.
   ( X ) (f) abide by the following restrictions on personal association, residence, or travel:   SDNY AND EXTENDED TO THE CDCA
   (  ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
   (  ) (h) get medical or psychiatric treatment: _____
   (  ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
   (  ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
   (  ) (k) not possess a firearm, destructive device, or other weapon.
   (  ) (l) not use alcohol (  ) at all (  ) excessively.
   (  ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical medical practitioner.
   (  ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
   (  ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
   (  ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
        (  ) (i) **Curfew.** You are restricted to your residence every day (  ) from _____ to _____, or (  ) as directed by the pretrial services office or supervising officer; or
        (  ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        (  ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
   (  ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
        (  ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
   (  ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

### ADDITIONAL CONDITIONS OF RELEASE

( X ) (s) $3 MILLION PRB; CO-SIGNED BY 2 FRP'S AND SECURED BY $1.5 MILLION IN CASH AND BY PROPERTY LOCATED IN CALIFORNIA HAVING APPROXIMATELY $200,000.00 IN EQUITY AND OWNED BY THE DEFENDANTS SISTER; REGULAR SUPERVISION; PASSPORT HAS BEEN SURRENDERED; NO NEW APPLICATIONS FOR TRAVEL DOCUMENTS; TRAVEL RESTRICTED TO THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE SDNY TO THE EXTENT NECESSARY TO ATTEND COURT AND TO MEET WITH COUNSEL OR LAW ENFORCEMENT; TRAVEL TO AND FROM THE SDNY PERMITTED AS NECESSARY FOR SUCH MEETINGS; DEFENDANT IS TO REPORT TO PRETRIAL SERVICES IN THE CENTRAL DISTRICT OF CALIFORNIA UPON RELEASE; RELEASE UPON THE SATISFACTION OF ALL CONDITIONS

Page 6

AO 199C (Rev. 09/08) Advice of Penalties      Page _____ of _____ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:    **MING FON CHAN**      September 18, 2013
     13CR52 LTS

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
    (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
    (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
    (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
    (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

DEFENDANT RELEASED

_____
                                         *Defendant* **MING FON CHAN** *Signature*:

_____
                                              *City and State*

### Directions to the United States Marshal

(  ) The defendant is ORDERED released after processing.
(  ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____      _____
                                                         *Judicial Officer's Signature*

                                                         _____
                                                          *Printed name and title*

DISTRIBUTION:     COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL

ORIGINAL

IH-29

# DISTRICT JUDGE BAIL DISPOSITION SHEET

UNITED STATES OF AMERICA      Date: 9/18/2013
        -vs-      Docket No: 13 crim 52 (LTS)
Ming Fon Chan

DEFENDANT ADVISED OF HIS/HER RIGHTS UNDER THE FEDERAL RULES OF CRIMINAL PROCEDURE. THE CHARGE WAS EXPLAINED. DEFENDANT ADVISED OF THE RIGHT TO COUNSEL AT ALL PROCEEDINGS, AND IF DEFENDANT HAS NO FUNDS, COUNSEL WILL BE APPOINTED.

FOR THE GOVERNMENT:      FOR THE DEFENDANT(S):

Janis Echenberg, AUSA      Christine H. Chung, Esq.
(212) 637-2597      (212) 849-7000

BAIL DISPOSITION:

$3 MILLION PRB CO-SIGNED BY 2 FRPs AND SECURED BY $1.5 MILLION CASH AND BY PROPERTY LOCATED IN CALIFORNIA HAVING APPROXIMATELY $200,000 IN EQUITY AND OWNED BY THE DEFENDANT'S SISTER; REGULAR SUPERVISION; PASSPORT HAS BEEN SURRENDERED; NO NEW APPLICATIONS FOR TRAVEL DOCUMENTS; TRAVEL RESTRICTED TO CD Cal. AND TO S.D.N.Y. TO THE EXTENT NECESSARY TO ATTEND COURT AND MEET WITH COUNSEL OR LAW ENFORCEMENT; TRAVEL TO AND FROM S.D.N.Y. PERMITTED AS NECESSARY FOR SUCH MEETINGS; DEFENDANT TO REPORT TO PRETRIAL SERVICES IN CD Cal. UPON RELEASE; RELEASE UPON SATISFACTION OF ALL CONDITIONS.

SIGNED BY: _____, U.S.D.J.

PSA OFFICER: _____

INTERPRETER: _____

Case 2:13-cm-00260-UA Document 1 Filed 09/19/13 Page 8 of 9 Page ID #:8

LA
13 CR 52 LTS
Chan Ming Fon



# FAX TRANSMISSION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
500 PEARL STREET, RM 520
NEW YORK, N.Y. 10007
(212)805-4051
Fax: (212)805-4060

FROM To: ~~Luis~~ DONNA Criminal In-Take  Phone #: 213 894-1565

Fax #: 213 894-2022   Pages: 4 ~~8~~, including this cover sheet.

TO: ~~From:~~ Vinnie BABINO   Date: 9-18-13
ARRAIGNMENT SECTION

Subject: Co-signer is coming to your district

COMMENTS: Good Afternoon, please swear Cosigner Hou Chang to the bail conditions on page 5. Copy his Photo I.D. and Fax back a signed Copy of the bond before mailing the originals to the above address.
Thank you.

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              1249
RECIPIENT ADDRESS     912128054060
DESTINATION ID
ST. TIME              09/19 09:49
TIME USE              00'54
PAGES SENT            4
RESULT                OK
```

LA
13 CR 52 LTS
Chan Ming Fon



# FAX TRANSMISSION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
500 PEARL STREET, RM 520
NEW YORK, N.Y. 10007
(212) 805-4051
Fax: (212) 805-4060

FROM To: ~~Luis~~ DONNA Criminal In-Take   Phone #: 213 894-1565

Fax #: 213 894-2022   Pages: 4 ~~8~~, including this cover sheet.

TO: ~~From:~~ Vinnie BABINO   Date: 9-18-13
ARRAIGNMENT SECTION

Subject: Co-signer is coming to your district

COMMENTS: Good Afternoon, Please Swear